IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00907-RPM-CBS

STEVEN CULBRETH,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: May 13th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior Judge